IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GODADDY MEDIA TEMPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANEXIO DATA CENTERS, LLC, DOES 1 through 10,<br><br>Defendants. | C.A. NO.:<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S MOTION FOR AUTHORIZATION TO FILE UNDER SEAL**

Plaintiff GODADDY MEDIA TEMPLE INC., a California Corporation, ("Plaintiff") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Practice and Procedure of the United States District Court for the District of Delaware 5.1.3 for entry of an order authorizing Plaintiff to file under seal an unredacted copy of Exhibit A supporting the Complaint in the above-captioned case (the "Exhibit"). In support of this motion, Plaintiff states as follows:

1. On October 2, 2020, Plaintiff initiated the above-captioned action (the "Action") by filing a complaint against the above-captioned defendants. The Action is premised on amounts allegedly owed to Plaintiff pursuant to a certain master services agreement between Plaintiff and defendant Anexio Data Centers, LLC (the "MSA"). The MSA, by its terms, is confidential in its entirety. For that reason, and specifically because the parties designated the MSA as confidential in its entirety, Plaintiff respectfully requests that the Court issue an order allowing for Exhibit A to be filed under seal.

2. Although there is a "presumption in favor of public accessibility," a court has authority to seal documents "when justice so requires," provided the party requesting sealing

demonstrates that the "interest in secrecy outweighs the presumption" of access. *In re Motions for Access of Garlock Sealing Techs. LLC*, 488 B.R. 281, 299–300 (D. Del. 2013), as corrected (Mar. 15, 2013) (*quoting LEAP Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221 (3d Cir. 2011)); *see also Mosaid Techs. Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 507–08 (D. Del. 2012) (affirming a "good cause" standard to justify sealing judicial records, which requires a "balancing process, in which courts weigh the harm of disclosing information against the importance of disclosure to the public").

3. Plaintiff will comply with all applicable procedures regarding filing under seal through the Court's CM/ECF system, including the requirement to file a redacted version.

4. Granting the relief requested here will not materially prejudice any party in interest.

WHEREFORE, Plaintiff requests that this Court enter an order, substantially in the form attached as Annex A, accepting the Exhibit under seal, and grant such other relief as it deems just and proper.

Dated: October 2, 2020       **COZEN O'CONNOR**

    */s/ Gregory Fischer*
Gregory Fischer (DE 5269)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2017
E-mail: gfischer@cozen.com

Paula Zecchini (*pro hac vice* to be submitted)
Nathan Dooley (*pro hac vice* to be submitted)
601 S Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
E-mail: pzecchini@cozen.com
      ndooley@cozen.com

*Attorneys for Plaintiff*
GODADDY MEDIA TEMPLE INC.