IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GODADDY MEDIA TEMPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANEXIO DATA CENTERS, LLC<br><br>Defendant. | C.A. NO.: 1:20-cv-01342 - MN |

## APPLICATION FOR DEFAULT JUDGMENT

Plaintiff GODADDY MEDIA TEMPLE INC. ("GoDaddy") requests the Court, pursuant to Fed. Rule Civ. P. 55(b)(2), enter judgment by default against defendant ANEXIO DATA CENTERS, LLC ("Anexio") for the following reasons:

1. On October 2, 2020, GoDaddy filed a complaint against Anexio. D.I. 2. GoDaddy sought compensatory damages of $1,139,827.80 for claims of breach of contract, account stated, book account, and unjust enrichment, together with consequential damages, interest, reasonable attorney's fees and costs.

2. On October 21, 2020, copies of the Summons and Complaint for this matter were served upon Anexio. *See* D.I. 6.

3. Anexio failed to file a responsive pleading within 21 days of the date of service, as required by Fed. R. Civ. P. 12. As such, on November 20, 2020, GoDaddy filed a Request for Entry of Default with this Court, pursuant to Fed. R. Civ. P. 55(a). *See* D.I. 10.

4. The Clerk of Court entered default against Anexio on January 11, 2021, pursuant to Fed. R. Civ. P. 55(a). *See* D.I. 13.

5. GoDaddy served a copy of the Clerk's Entry of Default on Anexio Data Centers, LLC c/o Paramore Incorporated on January 13, 2021 and January 26, 2021. *See* D.I. 14. Anexio failed to oppose or otherwise respond.

6. Once a default has been entered, a party must apply to the Court for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2). "After entry of default, if the relief sought against the defaulted party is not for a 'sum certain or a sum that can be made certain by computation,' the party seeking default judgment must apply to the court for an entry of default judgment." *Tristrata Technology, Inc. v. Medical Skin Therapy Research, Inc.*, 270 F.R.D. 161, 164 (D. Del. 2010) (quoting Fed. R. Civ. P. 55(b)(1)-(2)).

7. GoDaddy's complaint seeks damages in a sum of $1,139,827.80 against Anexio. These damages are further supported by the Affidavit of Gregory F. Fischer, attached hereto.

8. GoDaddy now respectfully requests the Court enter an Order of Default Judgment against Anexio pursuant to Fed. R. Civ. P. 55(b)(2). GoDaddy requests judgment against Anexio in a sum total of $1,139,827.80, representing its damages owed in law and at equity.

Dated:  March 23, 2021

**COZEN O'CONNOR**

 /s/ Gregory Fischer
Gregory Fischer (DE 5269)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2017
E-mail:  gfischer@cozen.com

*Attorneys for Plaintiff*
GODADDY MEDIA TEMPLE INC.

LEGAL\49735682\1