IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GODADDY MEDIA TEMPLE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1342 (MN) ) ) |
| ANEXIO DATA CENTERS, LLC and DOES 1 THROUGH 10, | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 10th day of May 2021:

WHEREAS, on April 19, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 19) in this action, recommending that the Court grant Plaintiff's Application for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (D.I. 15); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation is ADOPTED and Plaintiff's Application for Default Judgment is GRANTED. The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Plaintiff GoDaddy Media Temple Inc. and against Defendant Anexio Data Centers, LLC in the amount of $1,139,827.80.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order Adopting Report and Recommendation and Judgment on Defendant Anexio Data Centers, LLC and shall proof of service evidencing same once complete.

_____
The Honorable Maryellen Noreika
United States District Judge