IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GODADDY MEDIA TEMPLE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1342 (MN) |
| ANEXIO DATA CENTERS, LLC and DOES 1 THROUGH 10, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Court's Order Adopting Report and Recommendation dated May 10, 2021 (D.I. 20);

IT IS HEREBY ORDERED AND ADJUDGED this 10th day of May 2021 that judgment be and is HEREBY ENTERED in favor of Plaintiff GoDaddy Media Temple, Inc. and against Defendant Anexio Data Centers, LLC in the amount of $1,139,827.80.

_____
The Honorable Maryellen Noreika
United States District Judge

_____
(By) Deputy Clerk